DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER MANN,**
Appellant,

v.

**JOSEPH CHAISON,**
Appellee.

No. 4D2023-0297

[January 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 502015DR008179NB.

Jennifer Mann, Palm Beach Gardens, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***